UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

SOPHIE ACKERMANN,

                Plaintiff,                             **ORDER**
                                                             09 CV 2436 (JBW)(LB)

    -against-

NEW YORK CITY DEPARTMENT OF
INFORMATION TECHNOLOGY AND
TELECOMMUNICATIONS,

                Defendant.

-------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

      Plaintiff moves to impose sanctions on Thomas, F. Bello, Esq., a non-party witness, for his failure to respond to her interrogatories served on May 20, 2010. <u>See</u> docket entry 34. Mr. Bello shall respond to plaintiff's motion by July 22, 2010 and plaintiff shall file her reply by August 5, 2010. The Court hereby stays the discovery deadline with regard to the information plaintiff seeks from Mr. Bello until the motion for sanctions has been decided.

SO ORDERED.                                                   /S/
                                                       LOIS BLOOM
                                                       United States Magistrate Judge

Dated: June 24, 2010
       Brooklyn, New York

cc:    Thomas F. Bello, Esq.
       393 Lighthouse Avenue
       Staten Island, New York 10306