```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 29 2010 ★

BROOKLYN OFFICE

| | |
|---|---|
| SOPHIE ACKERMANN,<br><br>              Plaintiff,<br><br>  – against –<br><br>NEW YORK CITY DEPARTMENT OF<br>INFORMATION TECHNOLOGY AND<br>TELECOMMUNICATIONS,<br><br>              Defendant. | ORDER<br><br>09-CV-2436 |

**JACK B. WEINSTEIN, Senior United States District Judge:**

Plaintiff *pro se* complains that Thomas F. Bello, Esquire, has refused to promptly answer interrogatories and provide other information plaintiff claims is necessary for the prosecution of her case. The magistrate judge is respectfully requested to issue a subpoena directing Mr. Bello to appear personally before her, together with plaintiff and representatives of defendant, to provide relevant information the magistrate judge believes should be made available to plaintiff in a form the magistrate judge believes is appropriate.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: September 22, 2010
      Brooklyn, New York

